NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| JESSIE GONZALEZ, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 2D13-5493 |
| | ) |
| STATE OF FLORIDA, | ) |
| | ) |
| Appellee. | ) |
| | ) |

Opinion filed May 22, 2015.

Appeal from the Circuit Court for
Hillsborough County; Daniel L. Perry,
Judge.

Howard L. Dimmig, II, Public Defender, and
Tosha Cohen, Assistant Public Defender,
Bartow, for Appellant.

Jessie Gonzalez, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


MORRIS, Judge.

        Jessie Gonzalez appeals the revocation of his probation and his resulting

concurrent sentences of 43.5 months in prison for grand theft of a motor vehicle and

second-degree arson. We affirm the revocation and sentences, but we remand for the trial court to correct a scrivener's error. The order of revocation states that Gonzalez violated condition three of his probation; on remand, it should be corrected to reflect that the trial court orally found that Gonzalez violated condition one. See Senat v. State, 62 So. 3d 1236 (Fla. 2d DCA 2011).

Affirmed; remanded with directions.

NORTHCUTT and LaROSE, JJ., Concur.